# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                  NO. 4:13MJ04003 HDY

RONY ABIMAEL GONZALEZ-HERRERA                          DEFENDANT

## ORDER

Defendant Rony Abimael Gonzalez-Herrera has filed the pending motion to substitute counsel. See Document 7. For good cause shown, the motion is granted. The Clerk of the Court shall strike the name of Nicole Lybrand as defendant's attorney of record. The Clerk of the Court shall enter the name of Jose M. Alfaro as defendant's new attorney of record.

IT IS SO ORDERED this   29   day of May, 2013.

                                                           UNITED STATES MAGISTRATE JUDGE